PHILLIP A. TALBERT
United States Attorney
ALYSON A. BERG
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-MC-00083-JLT |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $15,065.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $19,808.00 IN U.S. CURRENCY, and, | |
| 2021 CHEVROLET SILVERADO, LICENSE: EMTZ, VIN: 3GCUYEELXMG392917, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimant Maria Galicia ("claimant"), by and through their respective counsel, as follows:

1.      On or about March 9, 2022, claimant filed claims in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $15,065.00 in U.S. Currency, Approximately $19,808.00 in U.S. Currency, and the 2021 Chevrolet Silverado, License: EMTZ, VIN: 3GCUYEELXMG392917 (hereafter collectively "defendant assets"), which were seized on December 9, 2021.

2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit

required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is June 7, 2022.

4.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to September 5, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to September 5, 2022.

Dated: 06/01/2022                              PHILLIP A. TALBERT
                                               United States Attorney


                                        By:    /s/ Alyson A. Berg
                                               ALYSON A. BERG
                                               Assistant U.S. Attorney


Dated: 05/31/2022                              /s/ Nicco Capozzi
                                               NICCO CAPOZZI
                                               Attorney for potential claimant
                                               Maria Galicia
                                               (Approved by email on 5/31/22)

IT IS SO ORDERED.

Dated:   **June 2, 2022**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

2